IN THE CIRCUIT COURT, TENTH
JUDICIAL CIRCUIT, IN AND FOR
NASSAU COUNTY, FLORIDA

CASE NO:
DIVISION:

WILLIAM LEONARD,

    Plaintiff,

vs.

3:10-cv-493-J-99MMH-TEM

RAYONIER PERFORMANCE FIBERS,
LLC, a Foreign Limited Liability Company,

    Defendant.
_____/

## AMENDED COMPLAINT

Plaintiff, WILLIAM LEONARD, by and through his undersigned attorney, sues Defendant, RAYONIER PERFORMANCE FIBERS, LLC, a Foreign Limited Liability Company and alleges:

1. This is an action for damages in excess of $15,000.00.

2. That at all times material hereto, Plaintiff, WILLIAM LEONARD was a resident of Yulee, Nassau County, Florida.

3. At all times material hereto Defendant, RAYONIER PERFORMANCE FIBERS, LLC, a Foreign Limited Liability Company (hereinafter referred to as "RAYONIER"), was authorized to and was doing business in Nassau County, Florida. More particularly, Defendant, RAYONIER, operated a forestry/lumbar facility at 10 Gum Street, Fernandina Beach, Nassau County, Florida.

4. On or about December 27, 2009, Plaintiff, WILLIAM LEONARD, was delivering #6 oil to Defendant, RAYONIER's, facility located at 10 Gum Street,


DEFENDANT'S EXHIBIT A

Fernandina Beach, Nassau County, Florida. Plaintiff, WILLIAM LEONARD, stepped down into the delivery area where he was to connect an off loading hose to his truck when he was caused to slip and fall on slippery substance in the delivery area sustaining serious and permanent injuries.

## COUNT I

## NEGLIGENCE OF RAYONIER

Plaintiff realleges and reavers Paragraphs 1 through 4 as if fully set forth herein and would further state:

5. On or about December 27, 2009, Defendant, RAYONIER, was the owner and/or was in possession of a forestry/lumbar facility located at 10 Gum Street, Fernandina Beach, Nassau County, Florida, that was open to persons such as the Plaintiff, WILLIAM LEONARD who was making a delivery of oil to the Defendant, RAYONIER.

6. At that time and place, Plaintiff, WILLIAM LEONARD, was on said property of the Defendant for the purpose of making a delivery of #6 oil at the request of Defendant, RAYONIER.

7. At all times material hereto, the Defendant, RAYONIER, as owner and/or possessor of the premises, had a duty to maintain the premises in a reasonably safe condition.

8. Defendant, RAYONIER, negligently maintained the premises so that a slippery transitory substance was in the oil off loading area creating a dangerous condition and causing the Plaintiff, WILLIAM LEONARD, to slip and fall.

9. The dangerous condition was known to the Defendant, RAYONIER, or had existed for a sufficient length of time so that Defendant should have known of the dangerous condition.

10. As a result, Plaintiff, WILLIAM LEONARD, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff, WILLIAM LEONARD, has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, WILLIAM LEONARD, demands judgment for damages, prejudgment interest, interest and costs against Defendant, RAYONIER, and trial by jury of all issues herein.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the office of KRISTEN VAN DER LINDE, ESQUIRE, 201 N. Hogan Street, Suite 400, Jacksonville, Florida 32202 by U.S. Mail this _____ day of March, 2010.

FARAH & FARAH, P.A.

RANDALL RUTLEDGE, ESQUIRE
Florida Bar No: 0067202
10 W. Adams Street
Jacksonville, Florida 32202
904/396-5555
904/358-2424 Facsimile
Attorney for Plaintiff